Ralph FOSTER v. STATE.

No. 18559.

Court of Criminal Appeals of Texas.

Jan. 13, 1937.

C. C. McDonald, of Wichita Falls, T. H. Yarborough, of Bowie, and John D. McComb, of Jacksboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

H. H. HOLTERMANN et al., Appellants, v. C. D. CAFFALL et al., Appellees.

No. 9899.

Court of Civil Appeals of Texas. San Antonio.

Jan. 20, 1937.

See, also, 79 S.W. 178.

Ericson & Little, of Corpus Christi, for appellants.

J. C. Houts, of Sinton, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.